UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

        MAY 23 2000
         AT BALTIMORE
    CLERK U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
BY_____DEPUTY
```

May 22, 2000

MEMORANDUM TO COUNSEL
    RE: <u>RALEIGH USA BICYCLE CO. V. CHUBB CUSTOM INSURANCE CO.</u>,
    CIVIL NO. L-00-1001

    The Court is in receipt of Plaintiff's letter dated May 11, 2000 stating that the plaintiff does not object to the Court staying this case until the underlying case, <u>Simmons v. Raleigh USA Bicycle Co., a DBA of Derby Cycle Co., et al.</u>, Civil No. L-98-1978, is resolved. The Court therefore ORDERS that:

    (i) this case is stayed, and will be ADMINISTRATIVELY CLOSED, pending resolution of <u>Simmons v. Raleigh USA Bicycle Co., a DBA of Derby Cycle Co., et al.</u>; and

    (ii) upon resolution of <u>Simmons</u>, the parties shall file a joint status report, advising the Court of the following:

        (a) the effect of the outcome of the <u>Simmons</u> case on this case, and

        (b) a proposed schedule for discovery and the filing of dispositive motions.

    Despite the informal nature of this Memorandum, it shall constitute an ORDER of the Court, and the Clerk is directed to docket it accordingly.

Very Truly Yours,

Benson Everett Legg

c:    Court file