IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RALEIGH USA BICYLCE CO.
d/b/a DERBY CYCLE CORP,

    Plaintiff

vs.

CHUBB CUSTOM INSURANCE
COMPANY

Civil Action No.: L00 CV 1001

\* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The parties, by their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a) that this matter may be dismissed with prejudice.

*/s/ James A. Rothschild*
James A. Rothschild
Anderson, Coe & King, LLP
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 752-1630

*Attorney for Plaintiff*

*/s/ Jeffrey R. Schmieler*
Jeffrey R. Schmieler
Saunders & Schmieler
8737 Colesville Road
Suite L-200
Silver Spring, Maryland 20910
(301) 588-7717

*Attorney for Defendant*

FILED _____ ENTERED
LODGED _____ RECEIVED

AUG 6 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

APPROVED THIS 4TH DAY OF August 2001

BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this ___ day of August, 2001, a copy of the foregoing Stipulation of Dismissal was mailed first-class, postage prepaid to Jeffrey R. Schmieler, Saunders & Schmieler, 8737 Colesville Road, Suite L-200, Silver Spring, Maryland 20910

James A. Rothschild
Anderson, Coe & King, LLP
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 752-1630